### In re UNITED STATES RUBBER CO.

(Court of Appeals of District of Columbia.  Submitted March 9, 1920.  Decided May 3, 1920.)

No. 1293.

**Trade-marks and trade-names** ⬡⟳4—**Device having "U. S." as most prominent feature cannot be registered.**

> Under Trade-Mark Act, § 5 (Comp. St. § 9490), denying registration to any mark consisting of insignia of the United States, no trade-mark having the letters "U. S." as its most prominent feature can be registered.

Appeal from the Commissioner of Patents.

Application by the United States Rubber Company for registration of trade-mark.  Application denied, and applicant appeals.  Affirmed.

Chas. S. Jones, of New York City (Ernest Hopkinson and W. Lee Helms, both of New York City, on the brief), for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

ROBB, Associate Justice.  Appeal from a decision of the Patent Office refusing to register as a trade-mark for shoes the letters "U. S.," written on a disc, with other less conspicuous wording around the border.

Section 5 of the Trade-Mark Act (33 Stat. 724 [Comp. St. § 9490]), denies registration to any mark which "consists of or comprises the flag or coat of arms or other insignia of the United States or any simulation thereof, or of any State or municipality or of any foreign nation."  We agree with the Patent Office that "the meaning of 'U. S.' is too clearly established to permit of registration of any mark having that as the most prominent feature."  In re Cahn, Belt & Co., 27 App. D. C. 173; In re American Glue Co., 27 App. D. C. 391.

The decision is affirmed.

Affirmed.

⬡⟳For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes